AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  EDCV 13.641.JGB.(DTBx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Riverside Market Broiler, Inc., a California Corporation was received by me on *(date)* 04/12/2013 .

☐ I personally served the summons on the individual at *(place)* _____ at _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Monica Frias, Human Resource Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* Riverside Market Broiler, Inc., a California Corporation at 12:19pm on *(date)* 04/15/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 95.00 for services, for a total of $ 95.00 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2013

*Server's signature*

Christian Canas - Process Server
*Printed name and title*

Legal Solution Attorney Service
404 W. 4th Street, Suite B
Santa Ana, CA 92701
*Server's address*

Additional information regarding attempted service, etc:

(31047362 ltl)