CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
MARK D. POTTER, ESQ., SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
mark@potterhandy.com

Attorney for Plaintiff KATRINA MENELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katrina Menell,<br><br>        Plaintiff,<br><br>    v.<br><br>Riverside Market Broiler, Inc., a California Corporation;<br>M. David Yoder;<br>Madena Y Anderson;<br>Charles E Yoder;<br>Joseph E Yoder;<br> and Does 1-10,<br><br>        Defendants. | Case No.: 5:13-CV-00641-J<br><br>**REQUEST  FOR ENTRY OF DEFAULT, DECLARATION OF RAYMOND BALLISTER, JR.**<br><br>(as to M. David Yoder, Madena Y Anderson, Charles E Yoder, Joseph E Yoder) |

**1.**  I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California.  I am the attorney of record for the Plaintiff Katrina Menell and, in that capacity, I am familiar with this matter.

**2.**  My firm has not received any communication of any kind from Defendants M. David Yoder, Madena Y Anderson, Charles E Yoder, Joseph E Yoder. We have received no answer or other responsive pleading to the Complaint that was served on M. David Yoder, Madena Y Anderson, Charles E Yoder, Joseph E Yoder, on August

1 | 15, 2013. We have received no letters or telephone calls.

2 |     I declare under penalty of perjury under the laws of the State of California that
3 | the foregoing is true and correct.

Dated: October 07, 2013                CENTER FOR DISABILITY ACCESS

                                       /s/ Raymond Ballister, Jr.

                                       By:_____

                                       Raymond G. Ballister, Jr.

                                       Attorneys for Plaintiff