# PROOF OF SERVICE

MENELL V. YODER
Case # 5:13-CV-00641-JGB-DTB

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On October 10, 2013 I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT (AS TO M. DAVID YODER, MADENA Y. ANDERSON, CHARLES E. YODER, JOSEPH E. YODER); REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF RAYMOND BALLISTER, JR. (AS TO M. DAVID YODER, MADENA Y. ANDERSON, CHARLES E. YODER, JOSEPH E. YODER)**

Addressed to:

William John Weilbacher, Jr.
Weilbacher & Weilbacher
1327 Del Norte Rd, Ste 100
Camarillo, CA 93010

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 10, 2013, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Wesley Cwiklo

PROOF OF SERVICE